No. 768. WILLIAM McCOACH, COLLECTOR, ETC., PETITIONER, *v.* ALBERTINE BAMBERGER ET AL., EXECUTORS,

ETC. November 14, 1910. Petition for. a writ of certi-orari to the United States Circuit Court of Appeals for the Third Circuit denied. *The Attorney General* for petitioner. *Mr. William Y. C. Anderson* for respondents.

